[No. 65844-1-I. Division One. December 17, 2012.]

J. Phillip Rhodes, *Respondent*, v. Alexander McLaren, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-2-00019-7, Dave Needy, J., entered March 11, 2010. *Affirmed in part* and *dismissed in part* by unpublished per curiam opinion.

[No. 66826-9-I. Division One. December 17, 2012.]

The State of Washington, *Respondent*, v. Gerald Wilson, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-05582-3, Jay V. White, J., entered March 14, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Appelwick, J., and Ellington, J. Pro Tem.

[No. 67036-1-I. Division One. December 17, 2012.]

Yuan Zhang, *Respondent*, v. Hawk Constructions, LLC, et al., *Defendants*, Capitol Specialty Insurance Corporation, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-14751-5, Julie A. Spector, J., entered April 20, 2011. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Lau, J.

[No. 67194-4-I. Division One. December 17, 2012.]

The State of Washington, *Respondent*, v. Frederick J. Williams, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-1-01243-4, Ira Uhrig, J., entered May 16, 2011. *Reversed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Ellington, J. Pro Tem.